

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
|  | § |  |
| TIMOTHY FONSECA | § | No. 08-19-00227-CR |
| Appellant, | § | Appeal from the |
| v. | § | 243rd District Court |
| THE STATE OF TEXAS | § | of El Paso County, Texas |
| State. | § | (TC# 20180D02567) |
|  | § |  |

# **O R D E R**

On September 5, 2019, Appellant filed a notice of appeal in the above-styled and numbered cause. The notice of appeal was late, but it was filed within fifteen days after the deadline for the notice of appeal to be filed. A motion for extension of time is necessarily implied when an appellant, acting in good faith, files a notice of appeal beyond the time allowed by TEX.R.APP.P. 26.1 but within the fifteen-day grace period provided by Rule 26.3 for filing a motion for extension of time. See Verburgt v. Dorner, 959 S.W.2d 615, 617 (Tex. 1997). However, an appellant must still provide the Court with a reasonable explanation for the late filing of the notice of appeal before the Court may accept the appeal.

On September 6, 2019, Appellant filed a motion for extension of time to file the notice of appeal in which he provided a reasonable explanation for the delay. Accordingly, Appellant's motion for extension of time is GRANTED. Further, the record is now due on or before October 2, 2019.

IT IS SO ORDERED this 9th day of September, 2019.

PER CURIAM